1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID HARRINGTON,                          No.  2:14-cv-02377-KJM-KJN

12                    Plaintiff,

13            v.                                  **ORDER**

14    AFNI INC.,

15                    Defendant.

16

17          Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a

18    United States Magistrate Judge."  *See* 28 U.S.C. §636(a)(5) and (c).  According to E.D. Cal. R.

19    305, both the district court judge assigned to the case and the magistrate judge must approve the

20    reference to the magistrate judge.

21          The undersigned has reviewed the file herein and recommends that the above-captioned

22    case be reassigned and referred to the magistrate judge for all further proceedings and entry of

23    final judgment.

24          IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable

25    Kendall J. Newman.  The parties shall please take note that all documents hereafter filed with the

26    Clerk of the Court shall bear case No. Civ. 2:14-cv-02377-KJN.  All currently scheduled dates

27    presently set before Judge Mueller are hereby VACATED.

28    /////

                                                   1

1          IT IS SO ORDERED.

2     DATED:  December 9, 2014.

3

4                                                    _____
                                                     UNITED STATES DISTRICT JUDGE
5

6

7          Having also reviewed the file, I accept reference of this case for all further proceedings

8     and entry of final judgment.

9     Dated:  December 10, 2014

10

11                                                   _____
                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2