DAVID I. DALBY (SBN: 114750)
JOHN T. MENO (SBN: 231238)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070
Email: ddalby@hinshawlaw.com
       jmeno@hinshawlaw.com

Attorneys for Defendant
AFNI, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARRINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>AFNI, INC.,<br><br>    Defendant. | Case No.: 2:14-cv-02377-KJN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT THE PRETRIAL SCHEDULING CONFERENCE**<br><br>Date:  March 5, 2015<br>Time: 10:00 a.m.<br>Location: Courtroom 25<br>Hon. Kendall J. Newman<br><br>Notice of Removal:  October 9, 2014 |

**IT IS HERBY ORDERED** that Defendant AFNI, INC. be permitted to appear telephonically at the Initial Pretrial Scheduling Conference on March 5, 2015.

**IT IS SO ORDERED:**

Dated:  February 26, 2015

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE