# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HARRINGTON**, | ) Case No. 2:14-CV-02377-KJN |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **AFNI, INC.**, | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY ORDERED that the Plaintiff's counsel's request to appear telephonically at the Initial Case Management Conference on March 5, 2015, is hereby granted.

Dated:  March 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE