UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HARRINGTON,

        Plaintiff,

  v.

AFNI, INC.,

        Defendant.

No. 2:14-cv-2377-KJN

ORDER

        On April 15, 2015, defendant AFNI, Inc. filed a notice of settlement with the court representing that the parties have settled this action.[1] (ECF No. 20) The parties anticipate that the settlement will be finalized within 40 days and request the court to vacate all dates currently set in this matter. (Id.)

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The parties shall file dispositional documents within 45 days of the date of this order.

        2.    All dates in this case, including the hearing on defendant's pending motion for summary judgment scheduled for May 14, 2015 (ECF No. 18), are vacated.

---

[1] This matter proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of the undersigned for all proceedings in this case, including trial and entry of final judgment, and an order dated December 10, 2014. (ECF Nos. 7, 8, 9). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rules 301, 305.

1

1       IT IS SO ORDERED.

2    Dated:  April 17, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2