# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**DAVID HARRINGTON,**                    ) Case No. 2:14-cv-02377-KJN
                                         )
Plaintiff,                               )
                                         ) **ORDER**
                                         )
        vs.                              )
                                         )
**AFNI, INC,**                           )
                                         )
Defendant.                               )
_____   )

        IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated:  May 7, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE